# Order

Michigan Supreme Court
Lansing, Michigan

June 1, 2021

Bridget M. McCormack,
Chief Justice

161609 & (68)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 161609
COA: 344445
Macomb CC: 2017-002729-FC

DONALD JARELL ROBINSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 21, 2020 judgment of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the defendant's claim in Issue IV of his application that he was deprived of his right to the effective assistance of counsel based on the assertions made in the affidavit of Jerry Young, who was named as a witness in a timely filed alibi notice but was not called as a witness at trial.

      The application for leave to appeal and motion to remand remain pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



b0524

Clerk